In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00520-CV

_____

TABITHA DAVIS, INDIVIDUALLY AND A/N/F OF DESTINEE DAVIS
AND NATHANIEL DAVIS, Appellant

V.

USAA CASUALTY INSURANCE COMPANY, Appellee

On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. E-187,319

MEMORANDUM OPINION

On January 31, 2013, we abated the appeal and remanded the case to the trial court for the signing and entry of documents to effectuate the parties' settlement agreement. On remand, the trial court granted the parties' agreed motion to withdraw the prior judgment and enter a take-nothing judgment. A supplemental record containing the agreed motion and order has been filed. The appeal is dismissed.

1

APPEAL DISMISSED.

 

_____
CHARLES KREGER
Justice

Opinion Delivered April 25, 2013

Before McKeithen, C.J., Gaultney and Kreger, JJ.